# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case #: 3:22-cr-046-1            Date: June 21, 2022

United States of America    vs.    Avery Duan Westfield

**PROCEEDINGS: In Person Plea of Information.** The defendant was sworn and advised of his constitutional rights and of the penalties of the offense charged. A waiver of indictment was filed.

THE HONORABLE LEON JORDAN, UNITED STATES DISTRICT JUDGE PRESIDING

| Jason Huffaker | Kara Nagorny | Scott Queener |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |
| Anne-Marie Svolto | | Benjamin G. Sharp |
| **Asst. U.S. Attorney** | | **Attorney for Defendant** |

- ☐ No plea agreement filed
- ■ Plea Agreement [R.2] filed on May 18, 2022    ☐ sealed    ■ unsealed
- ■ Defendant was arraigned and specifically advised of his rights pursuant to Rule 11 F.R.C.P.
- ■ Defendant waived reading of the Indictment    ☐ Indictment read
- ■ Defendant pleaded guilty to Counts 1 and 2 of the Information.
- ■ Government moved to dismiss the indictment in case # 3:21-cr-146 at sentencing.
- ■ Referred for Presentence Investigative Report.
- ■ DATE SET: **Sentencing:** October 4, 2022 10:00 a.m. in Courtroom 1A
  **Before** the Honorable Leon Jordan, United States District Judge

---

- Parties must adhere to Local Rules 83.9.

- If any witnesses are to be called at sentencing, parties must expressly file notice at least fourteen days prior to the sentencing date.

---

- ☐ Defendant to remain on bond
- ■ Defendant remanded to custody of the U.S. Marshal

10:11 – 10:39