UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:22-CR-46 |
| | ) | |
| v. | ) | JUDGE JORDAN |
| | ) | |
| AVERY DUAN WESTFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENTRY OF**
**AGREED PRELIMINARY ORDER OF FORFEITURE**

The United States of America, by and through Alan S. Kirk, Assistant United States Attorney for the Eastern District of Tennessee, and Benjamin Gerald Sharp, counsel for the Defendant, move for entry of the attached Agreed Preliminary Order of Forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(b) and in compliance with ECF Rule 4.8.

Respectfully submitted,

FRANCIS M. HAMILTON III
United States Attorney

By: _____
ALAN S. KIRK
Assistant United States Attorney
AL Bar No.: 5539N45K
800 Market Street, Suite 211
Knoxville, Tennessee 37902
alan.kirk@usdoj.gov
(865) 545-4167

_____
BENJAMIN GERALD SHARP
Attorney for Defendant
VBS No. 47398
800 South Gay Street Suite 2400
Knoxville, TN 37929-9714
Ben_Sharp@fd.org
(865) 637-7979